AO 247 (SDNY Rev. 07/19) Order Regarding Motion for Sentence Reduction Pursuant to First Step Act and 18 U.S.C. § 3582(c)(2)

Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для the
Southern District of New York

United States of America
v.
RONALD CARTER

Case No: 1:S2 91CR00586-004 (LAP)
USM No: 14032-016

Date of Original Judgment: 10/12/1994
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

_____
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO FIRST STEP ACT AND 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [✓] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **LIFE** months is reduced to **360 MONTHS PLUS 10 DAYS**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-2-2020

Except as otherwise provided, all provisions of the judgment dated **10/12/1994** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/02/2020

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Loretta A. Preska, Senior U.S.D.J.
*Printed name and title*